FILED
2010 APR 14  AM 11: 10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN FIRNHABER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 50, inclusive,<br><br>Defendants. | Civil No. 09 CV 1590-BTM (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE** |

The Court has reviewed and considered the Joint Motion to Dismiss the Case. For good cause having been shown, the motion is hereby granted as follows:

1. The case *Firnhaber v. USA*, Case No. 09 CV 1590-BTM (RBB) is dismissed with prejudice as of the date of this Order.

IT IS SO ORDERED.

DATED: 4-14-2010

_Barry Ted Moskowitz_
HON. BARRY TED MOSKOWITZ
United States District Judge

Presented by:

s/ Laura Sasaki
LAURA SASAKI
Attorneys for Plaintiff Dustin Firnhaber